UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

        v.                       Case Nos.  09-cr-162-01-SM and
                                                      09-cr-163-01-SM

<u>Richard Joseph Perry</u>,
    Defendant

<u>O R D E R</u>

Defendant Richard Perry's motions to continue the trials are granted (documents no. 10).  Defendant has filed a Waiver of Speedy Trial.  Trial has been rescheduled for the month of January 2010.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for January 8, 2010 at 2:00 p.m.

Jury selection will take place on January 20, 2010  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 5, 2009

cc: Jeffrey Levin, Esq.
    William Morse, AUSA
    U.S. Marshal
    U.S. Probation