UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States</u>

    v.                        Case Nos. 09-cr-162-01-SM and
                                    09-cr-163-01-SM

<u>Richard Joseph Perry</u>


                        <u>ORDER</u>

    Re: Document Nos. 21 and 25, respectively:  MOTION for
        Reconsideration re Order on Motion to Continue

    Ruling: Denied. Defendant has had more than adequate time to review the pre-sentence report with counsel. Participation in a local  program designed to help others, while laudable, is not a sufficient basis upon which to grant a continuance. The motion to reconsider raises another last minute reason for a continuance - delivery earlier this week of additional copies of checks defendant is said to have forged, which would be relevant to a determination of restitution.  But defendant says little that is specific about the need for additional time other than that he needs it.

                                                        _____
                                                        Steven J. McAuliffe
                                                       Chief Judge

Date:  March 31, 2010

cc:  Jeffrey Levin, Esq.
     William Morse, AUSA
     U.S. Probation
     U.S. Marshal